John A. NELL;  Rebecca I. Nell, wife, Plaintiffs–Appellants,

v.

WIELAND FINANCIAL SERVICES LLC;  Sabadell United Bank, and subsidiary VirtualBank, Defendants–Appellees,

and

Northstar Mortgage Group LLC;  John Wieland;  Dave Sander;  John and Jane Does 1–10;  Beth Loftis, Defendants.

No. 14–1350.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: July 31, 2014.

John A. Nell; Rebecca I. Nell, Appellants Pro Se. Thomas Chester Hildebrand, Jr., Kristina M. McGuire, Parker, Poe, Adams & Bernstein, LLC, Charleston, South Carolina; Phyllis Walker Ewing, Robert E. Sumner, IV, Moore & Van Allen, PLLC, Charleston, South Carolina, for Appellees.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants John A. Nell and Rebecca I. Nell appeal the district court's order accepting the recommendation of the magistrate judge and dismissing their action for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error.

Accordingly, we affirm for the reasons stated by the district court. *Nell v. Wieland Fin. Servs., LLC,* No. 0:13–cv–00639–JFA, 2014 WL 1093129 (D.S.C. Mar. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*